### 7999

### MEANS v. McPHAIL.

APPEAL.—This Court has no jurisdiction to review questions of fact on appeal from judgment of Circuit Court on appeal from magistrate court.

Before GAGE, J., Anderson, February, 1911.    Affirmed.

Action by A. G. Means against D. B. McPhail in magistrate court for commissions for sale of house and lot made by defendant by means of plaintiff's plans and services. Defendant appeals from Circuit judgment affirming judgment of Magistrate W. J. Muldrow.

*Messrs. Martin & Earle,* for appellant, cite: *There is no ground to imply a contract where it is expressed:* 68 S. C. 218; 20 How. 221; 114 N. W. 998; 15 L. R. A. (N. S.) 275; 23 Ency. 918, 919, 914-5; 44 S. C. 228; 12 Rich. L. 447; 21 L. R. A. (N. S.) 331. *Principal may sell where agency is not exclusive:* 23 Ency. 928, 720-1; 19 Cyc. 264; 12 Rich. L. 447. *No proof the plaintiff was moving cause of sale:* 61 N. Y. 415; 80 S. C. 341; 19 Cyc. 240. *Principal may sell where purchaser abandons broker:* 61 N. Y. 415; 109 S. W. 399; 3 Daly 123.

*Mr. A. H. Dagnall,* contra, cites: *Plaintiff was procuring cause of sale:* 80 S. C. 346.

August 10, 1911.   The opinion of the Court was delivered by

Mr. Justice Hydrick.    This appeal is from a judgment of the Circuit Court affirming a magistrate's judgment upon questions of fact which this Court has no jurisdiction to review.

Appeal dismissed.